# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**EDWARD WILLIAMS**                                                 **PLAINTIFF**

**v.**                      **CASE NO. 3:18-CV-00069 BSM**

**DOUGLAS MCDANIEL and JILL MCDANIEL,**
**individuals, d/b/a TWIN MOVIE THEATER**                 **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice with each party to bear its own fees and costs.

IT IS SO ORDERED this 3rd day of May 2018.

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE